1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| KEITH OBERDIECK, | ) 1:10at0699 |
| | ) |
| | ) ORDER DENYING PLAINTIFF'S |
| Plaintiff, | ) APPLICATION TO PROCEED IN FORMA |
| | ) PAUPERIS AND ORDERING PLAINTIFF TO |
| v. | ) PAY THE $350.00 FILING FEE WITHIN |
| | ) FIFTEEN DAYS |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) (Document 3) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

9
10
11
12
13
14
15
16

17    Plaintiff Keith Oberdieck filed the instant appeal of her denial of Social Security benefits

18 on September 15, 2010.

19    Plaintiff also filed an application to proceed in forma pauperis.  An examination of his

20 application reveals that Plaintiff is able to afford the costs of this action.  Plaintiff indicates that

21 his spouse receives income in the amount of $4,000 per month.  Plaintiff also has $10,000 in a

22 checking account and $4,000 in a savings account.  Plaintiff has no dependents.

23    Accordingly, the motion to proceed in forma pauperis is DENIED.  See 28 U.S.C.

24 § 1915.  Plaintiff is ORDERED to pay the $350.00 filing fee within fifteen (15) days of the date

25 of service of this order.  Failure to follow this order may result in a recommendation that the

26 action be dismissed pursuant to Local Rule 110.

27    IT IS SO ORDERED.

28 **Dated:    September 16, 2010            /s/ Lawrence J. O'Neill**

1    UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28