1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                          EASTERN DISTRICT OF CALIFORNIA

9
    KEITH OBERDIECK,                    )        1:10cv01692 AWI DLB
10                                      )
                                        )
11                                      )
                                        )        ORDER GRANTING EXTENSION
12              Plaintiff,              )        OF TIME
                                        )
13         vs.                          )        (Document 17)
                                        )
14   COMMISSIONER OF SOCIAL             )
     SECURITY,                          )
15                                      )
                                        )
16              Defendant.              )
    _____)
17

18
           On June 23, 2011, the parties filed a stipulation and proposed order to allow Plaintiff an
19
     extension of time to file a reply brief.  The parties' request is GRANTED.  Plaintiff's reply brief
20
     SHALL be filed on or before July 7, 2011.
21
           IT IS SO ORDERED.
22
           Dated:    **June 24, 2011**            _____ **/s/ Dennis L. Beck** _____
23                                               UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28
                                                 1